**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR425** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOSEPH ARIAS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Karen M. Shanahan of the Federal Public Defenders Office to withdraw as counsel for the defendant, Joseph Arias [15]. Since retained counsel, Eric L. Whitner, has entered an appearance for the defendant [9], the motion to withdraw [15] is granted.  Ms. Shanahan shall be deemed withdrawn as attorney of record and  shall forthwith provide Mr. Whitner  with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 7th day of March, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge