IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:05cr425 |
| v. | ) ) ) | |
| JOSEPH ARIAS, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the court on defendant's Motion to Strike [20] Document Number 18 from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 18 from the record.  The party has re-filed the correct document.

DATED this 23rd day of March, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge